JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., <br><br> Plaintiff, <br><br> v. <br><br> SPORT ELLE INC., et al., <br><br> Defendants. | Case No. 2:23-cv-03767-AB-RAO <br><br> ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION <br><br> (PURSUANT TO LOCAL RULE 41) |

    On August 22, 2023 the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by September 5, 2023. No response has been filed.

    IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated: September 14, 2023

                                      HONORABLE ANDRÉ BIROTTE JR.
                                      UNITED STATES DISTRICT COURT JUDGE

1.